**The below described is SIGNED.**

**Dated: November 26, 2013**

*William J. Thurman*

WILLIAM T. THURMAN
U.S. Bankruptcy Judge



tks

Justin O. Burton (6506)
Jeffrey P. Mortimer (14472)
**RULON T. BURTON & ASSOCIATES**
Attorney for Debtor(s)
6000 South Fashion Blvd.
Murray, Utah 84107
(801) 288-0202

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| In Re: | Case No. 10-32185 WTT |
|---|---|
| Dee L. Magleby, SSN: xxx-xx-7187, | Chapter 13 |
| Debtor. | |

### ORDER REGARDING OBJECTION TO TRUSTEE'S MOTION TO DISMISS FOR NON-COMPLIANCE WITH CONFIRMATION ORDER and APPLICATION FOR ALLOWANCE OF COMPENSATION

A hearing on the Debtor's Objection to Trustee's Motion to Dismiss for Non-compliance with Confirmation Order and Application for Allowance of Compensation, was tentatively scheduled to be held on November 25, 2013 at 10:00 a.m. in Courtroom 376 before the Honorable William T. Thurman. Jeffrey P. Mortimer appeared on behalf of the Debtor and other appearances were noted on the record. The Court, having heard the representations of Counsel, having reviewed the pleading on file, being fully advised in the premises and good cause appearing hereby;

ORDERS, that the Trustee's Motion to Dismiss is denied.

It is further ORDERED that:

1. Debtor shall cure the arrearage, including the November, 2013 payment, by December 16, 2013, or the case shall be dismissed without further notice or hearing.

2. Should any portion of the cure payment(s) be subsequently returned to the trustee as unpaid for any reason, including insufficient funds, the Trustee may file a Declaration of Non-

Compliance, and this case will be be dismissed without further notice or hearing.

     3. Pursuant to 11 U.S.C. § 503(b), fees to Rulon T. Burton & Associates in the amount of $526.34 are hereby granted and will be paid by the Chapter 13 Trustee out of Debtor's Bankruptcy Estate to the extent funds are available.

APPROVED AS TO FORM AND CONTENT:

_____
Chapter 13 Trustee (endorsed electronically)

## MAILING CERTIFICATE

     Under penalty of perjury, I hereby certify that on _____, 2013, I caused to be delivered electronically via ECF and/or mailed postage prepaid a true and correct copy of the **ORDER REGARDING OBJECTION TO TRUSTEE'S MOTION TO DISMISS FOR NON-COMPLIANCE WITH CONFIRMATION ORDER AND APPLICATION FOR ALLOWANCE OF COMPENSATION** to the following: Rulon T. Burton & Associates via ECF; Kevin R. Anderson, Trustee, via ECF;

Dee L. Magleby
4340 So. Highland Dr. #216
Salt Lake City, UT 84124

_____
Mailing Clerk, U.S. Bankruptcy Court