Justin O. Burton (6506)
Jeffrey P. Mortimer (14472)
**RULON T. BURTON & ASSOCIATES**
Attorney for Debtor(s)
6000 South Fashion Blvd.
Murray, Utah 84107
(801) 288-0202

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| In Re: | Case No. 10-32185 WTT |
|---|---|
| Dee L. Magleby, SSN: xxx-xx-7187, | Chapter 13 |
| Debtor. | (Filed Electronically) |

### VERIFICATION AND REQUEST FOR DISCHARGE

The Debtor in the above-captioned case, being duly sworn, states as follows:

1. The Chapter 13 Trustee has issued a Notice of Completion of Plan Payments and the Debtor hereby requests the Court to enter a discharge in this case.
2. The Debtor has filed Official Form 23.
3. A. ☐ I have not been required by a judicial or administrative order, or by statute to pay any domestic support obligation as defined in 11 U.S.C. § 101(14AQ) either before this bankruptcy was filed or at any time after the filing of this bankruptcy.

OR  B. ☐ (See B.1-B-4 below)
[NOTE: If "B" is applicable, all information required in questions B.1 through 4 must be provided.]

B. 1. I certify that prior to the date of this verification and request I have paid all amounts due under any domestic support obligation [as defined in 11 U.S.C § 101(14A)] required by a judicial or administrative order, or by statute including amounts due before this bankruptcy was filed, to the extent provided for by the plan.

The name and address of each holder of a domestic support obligation are as follows:

_____

B. 2. My most recent address is as follows:

_____

B. 3. The name and address of my most recent employer(s) is/are as follows:

_____

B. 4. The following creditors hold a claim that is not discharged under 11 U.S.C. § 523(a)(2) or (a)(4) or a claim that was reaffirmed under 11 U.S.C. § 524(c):

_____
_____

4. I have not received a discharge in a Chapter 7, 11 or 12 bankruptcy case filed within four (4) years prior to filing this Chapter 13 bankruptcy.

5. I have not received a discharge in another Chapter 13 bankruptcy case filed within two (2) years prior to filing this Chapter 13 bankruptcy.

6. A. ☒ I did not have either at the time of filing this bankruptcy or at the present time, equity in excess of $125,000.00 in the type of property described in 11 U.S.C. § 522 (p)(1) [generally the debtor's homestead];

OR  B. ☒ There is not currently pending any proceeding in which I may be found guilty of a felony of the kind described in 11 U.S.C. § 522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. § 522(q)(1)(B).

Dated this 7th day of February, 2014.

_____
Dee L. Magleby
Debtor

### NOTICE

Any objection to this verification must be filed within twenty (20) days after service of this verification. If no objection is filed, the Court may enter a discharge pursuant to 11 U.S.C. § 1328(1) without further notice or hearing.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on _____, 2014, a true and correct copy of the Verification and Request for Discharge was served on all creditors and parties in interest listed on the attached matrix by either first-class, U.S. mail or via the CM/ECF system of the United States Bankruptcy Court.

_____
Signature of person completing service

Document      Page 4 of 5

```
Label Matrix for local noticing          Albion Village Homeowners Assoc.        America First Credit Union
1088-2                                   c/o Ryan B. Braithwaite                 PO Box 9199
Case 10-32185                            3165 East Millrock Drive, Suite 500     Ogden, UT 84409-0199
District of Utah                         Salt Lake City, UT 84121-4704
Salt Lake City
Fri Feb  7 09:32:12 MST 2014

American Infosource LP                   Kevin R. Anderson tr                    BAC Home Loans Servicing, L.P. fka Countrywi
PO Box 71083                             405 South Main Street                   2380 Performance Dr. Bldg C Mail Stop: R
Charlotte, NC 28272-1083                 Suite 600                               Richardson, TX 75082-4333
                                         Salt Lake City, UT 84111-3408


Ryan B. Braithwaite                      Justin O. Burton                        Capital One
Bennett Tueller Johnson & Deere          Rulon T. Burton & Assoc.                PO Box 30285
3165 East Millrock Drive                 6000 South Fashion Blvd.                Salt Lake City, UT 84130-0285
Suite 500                                Murray, UT 84107-5436
Salt Lake City, UT 84121-4704


First Franklin Loan Services             GE Money Bank                           (p)INTERNAL REVENUE SERVICE
150 Allegheny Center Mall                Care of Recovery Management Systems Corp   CENTRALIZED INSOLVENCY OPERATIONS
PA9-150-01-01                            25 S.E. 2nd Avenue, Suite 1120          PO BOX 7346
Pittsburgh, PA 15212-5335                Miami, FL 33131-1605                    PHILADELPHIA PA 19101-7346


Dee L. Magleby                           Ryan B. Braithwaite                     Salt Lake County Treasurer
4340 South Highland Drive #216           Bennett Tueller Johnson & Deere         Attn: Ray Lancaster
Salt Lake City, UT 84124-3593            3165 East Milcreek Drive, Ste 500       2001 South State Street, #N1200
                                         Salt Lake City, UT 84109                Salt Lake City, UT 84190-0001


US Bank, National Association            USTC                                    United States Trustee
c/o Home Loan Services, Inc              Attn: Bankruptcy Unit                   Ken Garff Bldg.
PA9-150-01-01                            210 North 1950 West                     405 South Main Street
Pittsburgh, PA 15212                     Salt Lake City, UT 84134-7040           Suite 300
                                                                                 Salt Lake City, UT 84111-3402


Utah Department of Workforce Services    Verizon Wireless
PO Box 45288                             PO Box 3397
Salt Lake City, UT 84145-0288            Bloomington, IL 61702-3397
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
(d)Capital One (Bankruptcy Correspondence)   IRS- Special Procedures
c/o TSYS Debt Management                     Mail Stop 5021
PO Box 5155                                  50 South 200 East
Norcross, GA 30091                           Salt Lake City, UT 84111
```


              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Albion Village Homeowners Association, Inc | (u)Troy Hodell<br>Equity Real Estate | End of Label Matrix<br>Mailable recipients   19<br>Bypassed recipients    2<br>Total                 21 |